KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendant
IQBAL GILL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAGENDER SINGH, in his individual capacity and representative capacity as Trustee—Jagender & Jagindar K. Singh Trust; JAGINDAR SINGH, in her individual and representative capacity as Trustee—Jagender & Jagindar K. Singh Trust; IQBAL GILL; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:14-CV-02575-GEB-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Iqbal Gill, through their respective attorneys that the deadline for defendant Iqbal Gill to file a responsive pleading shall be extended by thirty (30) days to January 14, 2015.  The time extension will allow plaintiff to effectuate service of process on the co-defendant owners of the property in question and to address potential resolution of this matter.

Dated:  December 29, 2014　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　　　　*//s// Mark Potter*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARK POTTER
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SCOTT JOHNSON

1
2  Dated: December 29, 2014                    KROLOFF, BELCHER, SMART,
3                                                             PERRY & CHRISTOPHERSON
4                                                             //s// Velma K. Lim
5                                                             _____
                                                              VELMA K. LIM
6                                                             Attorneys for Defendant
                                                              IQBAL GILL
7
8                                              **ORDER**

9      Upon consideration of the foregoing stipulation between the parties,
10     IT IS SO ORDERED.
    Dated: January 5, 2015
11
12
13                                             _____
14                                             GARLAND E. BURRELL, JR.
                                               Senior United States District Judge
15

16
17
18
19
20
21
22
23
24
25
26
27
28

---

STIPULATION TO EXTEND TIME FOR                - 2 -              CASE NO. 2:14-CV-02575-GEB-EFB
DEFENDANT TO FILE A RESONSIVE PLEADING