
FILED
APR 20 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JAGENDER SINGH,** in his individual and representative capacity as Trustee--Jagender & Jagindar K Singh Trust;<br>**JAGINDAR SINGH,** in her individual and representative capacity as Trustee--Jagender & Jagindar K Singh Trust;<br>**IQBAL GILL; and** Does 1-10,<br><br>Defendants | Case No.: 2:14-CV-02575-JAM-EFB<br><br>[~~Proposed~~] ORDER SETTING OSC/ STATUS CONFERENCE RE SETTLEMENT, AND ORDERING SANCTIONS AGAINST DEFENDANTS AND THEIR ATTORNEY OF RECORD |

### ORDER

Plaintiff SCOTT JOHNSON ("Plaintiff") applied to this Court to request that an OSC be issued to Defendants, or that a Status Conference be set, to determine the status of the settlement between him and Defendants JAGENDER SINGH, JAGINDER SINGH, and IQBAL GILL ("Defendants") (Plaintff and Defendants are collectively referred to herein as "the Parties"). Plaintiff contends that the Parties entered into a settlement agreement that was never finalized by Defendants and sought this Court's assistance to determine whether there was in fact a settlement between the Parties and,

if not, to return this to the Court's active calendar. Plaintiff sought sanctions in the amount of $770.00 for time expended in attempts to finalize the settlement and an additional amount of $1,250 for preparation and attendance at the OSC/Status Conference.

After review of Plaintiff's Application, the Court issued a Minute Order on or about July 16, 2016 and ordered Defendants to file a response to Plaintiff's Application no later than August 1, 2016. Defendants and their attorney were cautioned that sanctions may issue if Defendants failed to file a response as ordered. No such response has been filed by Defendants since that Order.

Additionally, as part of the Court's Minute Order of July 16, 2016, the Parties were informed that the Court, after receipt of Defendant's response to Plaintiff's Application, would determine whether a further hearing on this matter is necessary to determine the status of the settlement between the Parties.

Based on the Application and attendant documents filed by Plaintiff, and the failure of Defendants to respond to this Court's July 16, 2016 Minute Order, this Court issues the following Order:

1. Defendants and their attorney of record shall pay sanctions to Plaintiff's counsel in the amount of $1,000 jam.
2. A hearing to determine the status of finalizing the settlement and/or returning this case to the Court's active calendar is set for jam May 8, 2018 at 1:30 a.m./p.m. before this Court.

**IT IS SO ORDERED.**

Dated: 4-20-2018

HONORABLE John A. Mendez
United States District Court Judge