UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | **Case No.** 2:14-CV-02575-JAM-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| **Jagender Singh**, in his individual and representative capacity as Trustee--Jagender & Jagindar K Singh Trust; **Jagindar Singh**, in her individual and representative capacity as Trustee--Jagender & Jagindar K Singh Trust; **Iqbal Gill**; and Does 1-10, | |
| Defendants | |

Having considered the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically for the upcoming Status Conference, set for hearing on May 8, 2018 at 1:30 p.m. Plaintiff's counsel shall contact the courtroom deputy, Mr. Harry Vine, to provide the telephone number where plaintiff's counsel can be reached directly. Mr. Vine can be reached at 916-930-4091 or via email at: hvine@caed.uscourts.gov

Dated: 5/1/2018 /s/ John A. Mendez_____

Hon. John Mendez
United States District Court Judge

1

Order  2:14-CV-02575-JAM-EFB